UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   KELLY J. BOND<br><br>                         Debtor | CASE NO: 06-33267<br>      (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4005251**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 24 | DAKOTA STATE BANK REWARDS 660<br>BOX 89210<br>SIOUX FALLS, SD  57109 | 210.87 |

    /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/22/2010

| | Certificate of Service | 06-33267 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| KELLY J. BOND | LESTER R THOMPSON | (24.1) |
| 6 CLEMENS AVE | 1340 WOODMAN DR | DAKOTA STATE BANK REWARDS 660 |
| JAMESTOWN, OH  45335 | DAYTON, OH  45432 | BOX 89210 |
| | | SIOUX FALLS, SD  57109 |

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     cs

0633267_42_20100322_1541_278/T317_cs
###